IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW ZABOROWSKI**, : | |
| : | |
| Plaintiff, : | |
| : | **Civil Action** |
| v. : | **No. 25-cv-5888** |
| : | |
| **COMMONWEALTH OF PENNSYLVANIA,** : | |
| **PENNSYLVANIA STATE POLICE**, : | |
| **COLONEL CHRISTOPHER L. PARIS** : | |
| Defendants. : | |
| : | |

# ORDER

**AND NOW**, this 11th day of February 2026, upon consideration of *Defendant's Motion to Dismiss Plaintiff's Complaint* (ECF No. 7), and *Plaintiff's Amended Complaint* (ECF No. 9) in response thereto, it is hereby **ORDERED** that Defendant's Motion is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

BY THE COURT:

 /s/ *John Milton Younge*
**JOHN M. YOUNGE, J.**