IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW ZABOROWSKI | : | 25-CV-5888-JMY |
| Plaintiff | : | |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA STATE POLICE, ET AL. | : | |
| Defendants | : | |
| | : | |

## STIPULATION TO EXTEND THE DISCOVERY DEADLINE

The Parties, by and through their respective counsel, hereby agree and stipulate to the following:

### I.    Background

1. On December 18, 2025, Plaintiff served Requests for Production of Documents and Interrogatories upon Defendants, Commonwealth of Pennsylvania State Police ("PSP") and Colonel Christopher Paris. Plaintiff is represented by William J. Fox, Esquire. Defendants are represented by Julia Mayer, Deputy Attorney General, Pennsylvania Office of Attorney General.

2. Defendants have responded to Plaintiff's document requests by providing documents on four separate occasions to Plaintiff's request. The most recent set of documents were supplied by Defendants on April 22, 2026.

3. On April 22, 2026, Defendant Paris supplied answers to Plaintiff's Interrogatories.

4. Defendant PSP has not provided answers to Plaintiff's Interrogatories.

1

5. On March 25, 2026, Plaintiff noticed the depositions of the following:

| | | |
|---|---|---|
| Defendant Paris | April 7, 2026 | 10:00 a.m. |
| Vernon Davis (Operator) | April 8, 2026 | 10:00 a.m. |
| Sgt. Kara Sadusky | April 8, 2026 | 1:00 p.m. |
| Tr. Andrew Tsai | April 9, 2026 | 10:00 a.m. |
| Tr. Shyeasha Ayala | April 9, 2026 | 1:00 p.m. |
| Corp. Charles Phillips | April 10, 2026 | 10:00 a.m. |
| Lt. Brandon Horlacher | April 10, 2026 | 1:00 p.m. |
| Lt. Timothy Jonosco | April 14, 2026 | 10:00 a.m. |

6. After serving the aforesaid Notices of Deposition, Ms. Mayer and Mr. Fox had a conversation regarding Ms. Mayer's availability to produce these witnesses and Ms. Mayer was not available and indicated that the last week of April and first week of May would be available. In a later conversation, Ms. Mayer indicated that the first week of May was available.

7. On April 17, 2026, Plaintiff supplied amended notices of deposition as follows:

| | | |
|---|---|---|
| Defendant Paris | May 5, 2026 | 10:00 a.m. |
| Vernon Davis (Operator) | May 6, 2026 | 10:00 a.m. |
| Sgt. Kara Sadusky | May 6, 2026 | 1:00 p.m. |
| Tr. Andrew Tsai | May 6, 2026 | 3:00 p.m. |
| Tr. Shyeasha Ayala | May 7, 2026 | 10:00 a.m. |
| Corp. Charles Phillips | May 7, 2026 | 1:00 p.m. |
| Lt. Brandon Horlacher | May 12, 2026 | 10:00 a.m. |
| Lt. Timothy Jonosco | May 12, 2026 | 1:00 p.m. |

8. On April 23, 2026, Ms. Mayer was picked to serve as a juror in the Philadelphia Court of Common Pleas that was expected to last until May 1, 2026. On April 29, 2026, the jury trial was settled and Ms. Mayer was relieved of jury duty.

9. Due to Ms. Mayer's litigation schedule and the fact that she got picked to serve as a juror for a week long trial on April 23, 2026, she has not been able to prepare Defendant Paris and other witnesses for deposition and, therefore, the witnesses cannot be produced on the dates set forth in paragraph 8 above.

2

10. The discovery deadline in this matter is May 27, 2026. Plaintiff is greatly prejudiced in preparing for trial if Defendant PSP does provide answers to Plaintiff's Interrogatories and the aforementioned witnesses are not produced for depositions.

11. Mr. Fox and Ms. Mayer have cooperated in scheduling the depositions of the aforesaid witnesses but Ms. Mayer's schedule has not allowed them to go forward.

## II.    Stipulation To Extend Discovery Deadline by 60 Days

12. At present, the case management deadlines are as follows:

a. Discovery Deadline is May 27, 2026;

b. Expert reports are due June 10, 2026 and rebuttal reports are due June 24, 2026

c. Dispositive Motions and *Daubert* Motions are due August 10, 2026. Responses thereto are due on September 10, 2022.

d. Pretrial conference is scheduled for December 10, 2026. (A copy of the Case Management Order is appended hereto as Exhibit "A".)

13. Plaintiff timely served paper discovery and notices of deposition upon Defendants. Due to Ms. Mayer's litigation schedule and for other reasons, Defendants have not been able to supply responses to Plaintiff's Interrogatories directed to Defendant PSP and has not been able to commit to dates for producing witnesses for deposition.

14. As of this date, Defendants have not produced Defendant Paris or any of the other witnesses for deposition.

15. For all of the foregoing reasons, and for good cause shown, the Parties hereby agree to extend the discovery deadline and all other deadlines for a period of 60 days.

IT IS SO STIPULATED AND AGREED THAT THE DISCOVERY DEADLINE AND ALL OTHER DEADLINES ARE EXTENDED FOR A PERIOD OF 60 DAYS.

_/s/ Julia Mayer_____
Julia Mayer, Esquire
Deputy Attorney General
Pennsylvania Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
Attorney for Defendants


_/s/ William J. Fox_____
WILLIAM J. FOX, ESQUIRE
100 N. 20th Street, Suite 303
Philadelphia, PA 19103
(215) 546-2477
Attorney for Plaintiff


BY THE COURT:


_____
HONORABLE JOHN MILTON YOUNGE


Date:_____

4

# Exhibit "A"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW ZABOROWSKI, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 25-5888-JMY |
| COMMONWEALTH of PENNSYLVANIA, | : | |
| PENNSYLVANIA STATE POLICE, *et al.*, | : | |

### SCHEDULING ORDER

**AND NOW**, this __27th__ day of January, 2026, upon consideration of the parties' Joint Report of Rule 26(f) Meeting (ECF No. 8), and the representations made by counsel at the Rule 16 conference held on this date, it is **ORDERED** as follows:

1.    The parties shall comply with the following deadlines:

    a.    All fact discovery shall be completed by **Wednesday, May 27, 2026.**

    b.    The parties shall produce their expert report(s) by **Wednesday, June 10, 2026;** rebuttal expert report(s) shall be produced by **Wednesday, June 24, 2026;** all expert discovery, including all depositions of expert witnesses, shall be completed by **Wednesday, July 8, 2026.**

    c.    All motions for summary judgment and *Daubert* motions shall be filed no later than **Monday, August 10, 2026.** Responses to such motions shall be filed no later than **Thursday, September 10, 2026.**

2.    This case is referred to United States Magistrate Judge Carol Sandra Moore-Wells for settlement purposes. Judge Moore-Wells will contact counsel to initiate the settlement process. As a general rule, the Court will not extend or stay the foregoing case management deadlines pending the conduct of settlement discussions.

3.      A Final Pretrial Conference will be held on **Thursday, December 10, 2026 @ 11:00 a.m.** Counsel shall appear by remote video and will be notified by Chambers via email with instructions on how to participate remotely.  No later than **seven (7) days before the Final Pretrial Conference**, the parties shall file their Pretrial Memoranda in accordance with Local Rule of Civil Procedure 16.1(c) and Judge Younge's Policies and Procedures.  A trial date, and deadlines for other pretrial submissions (such as exhibits, jointly proposed *voir dire* and jury instructions, and motions *in limine*), will be set by the Court at, or shortly after, the Final Pretrial Conference.

4.      Counsel are referred to Judge Younge's operating procedures for further information:  http://www.paed.uscourts.gov/judges-info/district-court-judges/john-milton-younge

**IT IS SO ORDERED.**

**BY THE COURT:**

*/s/ John Milton Younge*
**JUDGE JOHN MILTON YOUNGE**